IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL PROUDFOOT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HARBOUR GROUP, LTD., et al. | : | NO. 2:09-cv-03742 |

O R D E R

AND NOW, this 31st day of August 2009, upon consideration of the Stipulation to amend caption (Doc. No. 10), it is hereby ORDERED that Defendants Harbour Group, Ltd., ACE, Inc., Cumberland Engineering Enterprises, Inc., and Nelmor Co., Inc. are DISMISSED without prejudice and that ACS Auxiliary is substituted as a party. The Clerk of Court is directed to amend the caption in this matter to reflect the above changes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.